IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) **Plaintiff,** ) ) v. ) ) (1) KOKH, LLC, and ) (2) SINCLAIR BROADCAST GROUP, INC., ) ) ) **Defendants.** ) | CIVIL ACTION NO. JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, to correct unlawful employment practices on the basis of race and sex, and to provide appropriate relief to Phyllis Williams who was adversely affected by such practices. Defendants KOKH, LLC and Sinclair Broadcast Group, Inc. ("Defendants") paid Phyllis Williams a lower salary and subjected her to less favorable terms and conditions of employment than similarly situated male employees of all races and similarly situated white female employees because of her race, Black, and sex, female.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3)("Title VII").

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Oklahoma.

## PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.      At all relevant times, Defendant KOKH, LLC has continuously been doing business in the State of Oklahoma, has continuously been engaged in an industry affecting commerce, and has continuously employed at least 15 employees.

5.      At all relevant times, Defendant Sinclair Broadcast Group, Inc. has continuously been doing business in the State of Oklahoma, has continuously been engaged in an industry affecting commerce, and has continuously employed at least 15 employees.

## STATEMENT OF CLAIMS

6.      More than 30 days prior to the institution of this lawsuit, Phyllis Williams filed a charge with the Commission alleging violations of Title VII by Defendants. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.      Since at least May 2004, Defendants have engaged in unlawful employment practices at Defendants' television station in Okalahoma City, in violation of Section  of Title VII, 42 U.S.C. § 2000e-2, in that:

>    (a)     Defendants have paid Phyllis Williams less than similarly situated male employees of all races and similarly situated white female employees; and

    (b) Defendants have subjected Phyllis Williams to less favorable terms and conditions of employment than similarly situated male employees of all races and similarly situated white female employees, including not offering Phyllis Williams an employment contract until months after she had filed a charge with the Commission despite Defendants' practice of offering employment contracts to similarly situated male employees of all races and similarly situated white female employees.

  8. The effect of the practices complained of in paragraph 7, above, has been to deprive Phyllis Williams of equal employment opportunities and otherwise adversely affect Phyllis Williams' status as television news reporter, because of her race and sex, in violation of Title VII.

  9. The unlawful employment practices complained of in paragraph 7, above, were intentional.

  10. The unlawful employment practices complained of in paragraph 7, above, were done with malice or reckless indifference to the federally protected rights of Phyllis Williams.

## **PRAYER FOR RELIEF**

  Wherefore, the Commission respectfully requests that this Court:

  A. Grant a permanent injunction enjoining Defendants, their officers, successors, assigns, and all persons in active concert or participation with either of them, from engaging in and any other employment practice which discriminates on the basis of race or sex.

      B.      Order Defendants to institute and carry out policies, practices, and programs which provide equal employment opportunities for women and racial minorities to eradicate the effects of their past and present unlawful employment practices.

      C.      Order Defendants to make Phyllis Williams whole by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of their unlawful employment practices.

      D.      Order Defendant Employers to make Phyllis Williams whole by providing compensation for past, present, and future nonpecuniary injuries resulting from the unlawful practices complained of paragraph 7, above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

      E.      Order Defendants to pay Phyllis Williams punitive damages for their malicious and reckless conduct described paragraph 7, above, in amounts to be determined at trial.

      F.      Grant such further relief as the Court deems necessary and proper in the public interest.

      G.      Award the Commission its costs for this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully Submitted,

RONALD S. COOPER
General Counsel

4

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

JEAN P. KAMP
Acting Regional Attorney


BARBARA A. SEELY
Supervisory Trial Attorney


/s/ Rebecca S. Stith
REBECCA S. STITH
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
St. Louis District Office
1222 Spruce St., Room 8.100
St. Louis, MO 63103
(314) 539-7914
(314) 539-7895 (fax)
rebecca.stith@eeoc.gov


/s/Michelle M. Robertson
MICHELLE M. ROBERTSON
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Oklahoma City Area Office
215 Dean A. McGee Ave., Suite 524
Oklahoma City, OK 73102
(405) 231-4363
(405) 231-5816 (fax)
michelle.robertson@eeoc.gov